[No. 12973-6-II. Division Two. February 15, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN LEONARD STOHS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00025-1, Leonard W. Kruse, J., entered

June 19, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.